

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/3/07**

# FRIEDMAN & JAMES LLP
ATTORNEYS AT LAW
132 NASSAU STREET
SUITE 900
NEW YORK, NY 10038

(212) 233-9385
FAX (212) 619-2340
www.friedmanjames.com

BERNARD D. FRIEDMAN
JOHN P. JAMES
ANDREW V. BUCHSBAUM

October 5, 2007

NEW JERSEY OFFICE
200 CRAIG ROAD
MANALAPAN, NJ 07726
(732) 431-1878

VIA FAX: (212) 805-7924

Honorable Sidney H. Stein
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1010
New York, NY 10007

MEMO ENDORSED

Re: **Pickman v. Miller's Launch, Inc.
07 CV-7306 (SHS)(THK)**

Honorable Sir:

We represent plaintiff in the captioned Jones Act action in which an initial case management conference is scheduled for October 11, 20007 at 10:30 a.m.

We were contacted today by Joseph J. Perrone, Esq. of the firm Bennett, Giuliano, McDonnell & Perrone LLP who advised he was contacted yesterday afternoon by the underwriters for defendant to handle the case. However, Mr. Perrone does not have the file and does not expect to have it until early next week. Mr. Perrone asked us to seek a short adjournment of the initial case management conference so he could review the file in order to prepare for the Rule 16 Conference. We have no objection to an adjournment. Accordingly, we respectfully request the Court adjourn the October 11th conference to Friday, November 2nd, or any day of the week of November 5th. No prior adjournments have been requested.

Thank you for your consideration.

*The conference is adjourned to Nov. 8, at 10:30 a.m.*

SO ORDERED 10/5/07

Respectfully,

FRIEDMAN & JAMES LLP

John P. James

SIDNEY H. STEIN
U.S.D.J.

JPJ:ll

cc: **VIA FAX: (646) 328-0121**
Joseph J. Perrone, Esq.
Bennett, Giuliano, McDonnell & Perrone LLP
225 West 34th Street, Suite 402
New York, NY 10122