D717

JOSEPH J. PERRONE (JP 6832)
Bennett, Giuliano, McDonnell & Perrone, LLP
494 Eighth Avenue, 7th Floor
New York, New York 10001
Telephone: (646) 328-0120
Attorneys for Defendant
Miller's Launch, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

EDWARD PICKMAN,                                    Civil Action No.: 06CV7306

        Plaintiff,

        - against -                                **RULE 7.1**
                                                            **STATEMENT**

MILLER'S LAUNCH, INC,

        Defendants.
------------------------------------------------------------------X

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure of the United States District Courts, the undersigned counsel for defendant, Miller's Launch, Inc., certifies that it has no corporate parent and none of its stock is owned by a publicly traded entity.

Dated: New York, New York
       November 7, 2007

                                            Bennett, Giuliano, McDonnell & Perrone, LLP
                                            Attorneys for Defendants

                                            */s/ Joseph J. Perrone*
                                            Joseph J. Perrone (JJP-6832)
                                            494 Eighth Avenue, 7th Floor
                                            New York, New York 10001
                                            Telephone: (646) 328-0120
                                            Facsimile: (646) 328-0121