## AFFIDAVIT OF SERVICE BY ECF

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

     I, **ANA PAGAN**, being duly sworn, depose and say: I am a secretary for the law firm of Bennett, Giuliano, McDonnell & Perrone, LLP, I am not a party to this action, and I hereby affirm that I am over 18 years of age.

     On November 7, 2007, I served by ECF copies of the annexed:

**ANSWER and RULE 7.1 STATEMENT**

upon:

> Freidman & James, LLP
> 132 Nassau Street, Suite 900
> New York, New York 10038
> Attention: John P. James

_____
                               **ANA PAGAN**

Sworn to before me this
___ day of _____, 2007.

_____
Notary Public

JOSEPH J. PERRONE
Notary Public, State of New York
No. 02PE6163464
Qualified in Nassau County
Commission Expires Mar. 26, 2011

Z:\Documents\All Files\D717 Pickman v. MV Nicholas Millet\Legals\AffidavitOfServiceviaECF.doc