```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/19/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

EDWARD PICKMAN,                           :        07 Civ. 7306 (SHS)

                Plaintiff,         :

      -against-                                  :        ORDER

MILLER'S LAUNCH, INC.,                    :

                Defendant.         :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

       A pretrial conference having been held on November 8, 2007, with counsel for all parties present,

       IT IS HEREBY ORDERED that:

       1.    There will be a mid discovery status conference on January 18, 2008, at 10:30 a.m.; and

       2.    The last day for completion of fact discovery is March 7, 2008.

Dated: New York, New York
       November 19, 2007

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.