```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/18/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

EDWARD PICKMAN,                          :          07 Civ. 7306 (SHS)

                        Plaintiff,       :

        -against-                        :          ORDER

MILLER'S LAUNCH, INC.,                   :

                        Defendant.       :

-------------------------------------------------------------x


SIDNEY H. STEIN, U.S. District Judge.

        A pretrial conference having been held today, with counsel for all parties present,

        IT IS HEREBY ORDERED that,

        1.      The last day for completion of fact discovery, including medical

examinations, remains at March 7, 2008;

        2.      The last day for expert discovery is May 9, 2008; and

        3.      There will be a pretrial conference on May 9, 2008, at 10:00 a.m.


Dated: New York, New York
       January 18, 2008


                                SO ORDERED:


                                _____
                                Sidney H. Stein, U.S.D.J.