**FRIEDMAN & JAMES LLP**
Attorneys for Plaintiff
132 Nassau Street, Suite 900
New York, NY 10038
(212) 233-9385
JJ-8110

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/21/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

EDWARD PICKMAN,

                Plaintiff,

   -against-

MILLER'S LAUNCH, INC.,

                Defendant.
----------------------------------------X

07 CV 7306 (SHS)(THK)

**REVISED SCHEDULING ORDER**

**SIDNEY H. STEIN, U.S. District Judge**

The parties having jointly requested an extension of the dates for expert discovery and the final pretrial conference,

**IT IS HEREBY ORDERED** that,

1. The last day for expert discovery is extended to June 9, 2008; and
2. There will be a pretrial conference on ~~June 9~~ June 13, 2008 at 10:00 a.m.

Dated: New York, New York
       April  21 , 2008

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.