```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/11/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

EDWARD PICKMAN,                    :    07 Civ. 7306 (SHS)

                Plaintiff,   :

   -against-                      :    ORDER

MILLER'S LAUNCH, INC.,             :

                Defendant.   :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      A pretrial conference having been held today, with counsel for all parties present,

      IT IS HEREBY ORDERED that:

      1.    The last day for defendant to retain an economic vocational expert, for that expert to render their report, and for that expert's deposition to be taken is July 31, 2008;

      2.    The joint pretrial order, proposed jury charges, and, if the parties wish, proposed *voir dire* and memoranda of law, are due on or before September 1, 2008;

      3.    A response to any *in limine* motion is due on or before September 8, 2008; and

      4.    There will be a final pretrial conference on September 8, 2008, at 2:00 p.m

Dated: New York, New York
       June 10, 2008

                                                  SO ORDERED:

                                                  Sidney H. Stein, U.S.D.J.