# Bennett, Giuliano, McDonnell & Perrone, LLP

**New Jersey Office:**
201 Littleton Road
P.O. Box 513
Morris Plains, NJ 07950
Tel. (973) 387-0486
Fax (973) 796-2884

**494 Eighth Ave, Suite 700**
**New York, New York 10001**

Telephone: (646) 328-0120
Telefax: (646) 328-0121
www.bgmplaw.com

**Florida Office:**
6615 W. Boynton Beach Blvd.
Boynton Beach, FL 33437
No. 351
Tel. (561) 337-8816
Fax (561) 337-4653

Joseph J Perrone, *Partner*
jperrone@bgmplaw.com

*[RECEIVED SEP - 2 2008 CHAMBERS OF JUDGE SIDNEY H. STEIN U.S.D.J.]*

*[USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 9/2/08]*

August 29, 2008

Via ECF
Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street, Room 249
New York, New York 10007

*MEMO ENDORSED*

   Re:   Pickman v. M/V Nicholas Miller
         Civil Action No.: 07-CV-7306
         Our File: D717

Honorable Sir:

   We represent Defendant Millers Launch in the above captioned matter. We write with the full consent of our adversary. This matter is scheduled for a final pretrial conference on September 8, 2008 at 2:00 p.m. before you honor. The parties are due to and shall file their Joint Pretrial Order, Request to Charge and Trial Memos, on September 2, 2008. Although the Court's Order of June 10th, makes no mention of a trial date, attorney James' notes reflect that the trial is to start on September 15th.

   The final pretrial conference that is scheduled for September 8th presents a scheduling issue for the undersigned. I am involved in a multimillion dollar fire case for the Port of Wilmington Delaware and September 8th was the only date all six of the liability experts and their counsel could attend a joint inspection and testing of the light fixture which caused the fire, and I am required to be there for that testing; since this matter is on track for trial, even though there are no issues between counsel, I would prefer not to send my associate to your Honor's conference. I therefore ask for a very brief adjournment of the conference. All counsel are available 9/9, 9/10 or 9/11.

   Separately, the parties have begun settlement discussions and were hoping to have an in person settlement conference / mediation before September 8th; but because of schedules, the earliest the parties can actually get together is September 11th. If September 15th is not the start of trial, then parties would like to reschedule the pretrial conference to Monday, September 15th to allow them to complete settlement discussions on September 11th.

*[Handwritten endorsement: 9/2/08 Final pretrial conf. adj'd to Sept 15 at 3:30 p.m. Trial adj'd to Sept 22 at 9:30 A.M.]*

SO ORDERED 9/2/08

/s/ Sidney H. Stein
SIDNEY H. STEIN
U.S.D.J.

We thank your honor for your kind continued attention to this matter and for our request for a small adjustment of the schedule.

Respectfully submitted,

Joseph J. Perrone

JJP/ap

Z:\Casework\D Cases\D717 Pickman v. MV Nicholas Miller\Letters\Hon.SidneySteinReAdjournmtReq-082808.doc

cc:   Freidman, James & Buchsbaum, LLP
      132 Nassau Street, Suite 900
      New York, New York 10038
      Attention: John P. James